223 P.3d 265

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | | |
|---|---|---|---|---|
| Aquila v. Davies | 29653 | 02/09/2010 | Denied | 122 Hawai'i 59, 222 P.3d 466 |
| Flinchbaugh v. Cates | 29929 | 01/28/2010 | Denied | |
| Mahler v. County of Hawai'i, Real Property Tax Div. | 29711 | 01/11/2010 | Denied | 121 Hawai'i 541, 221 P.3d 519 |